1    Charles Trudrung Taylor, #127105
     Email: ctt@lrplaw.net
2    Alma V. Montenegro, #323158
     Email: avm@lrplaw.net
3    Lang, Richert & Patch
     Post Office Box 40012
4    Fresno, California 93755-0012
     (559) 228-6700 Phone
5    (559) 228-6727 Fax

6    Attorney for Plaintiffs

7    Russell Ryan, #139835
     Motschiedler Michaelides et al LLP
8    1690 W Shaw Ave Ste 200
     Fresno, CA 93711-3519
9    (559) 439-4000
     (559) 439-5654
10    rkr@mmwbr.com

11    Attorney for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINA GURROLA, MARQUELIA APONTE, MERCEDES JIMINEZ, MARIA C. ASCENCIO, MAURA GOMEZ<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY ACTION PARTNERSHIP OF MADERA COUNTY, a government entity<br><br>Defendants. | **Case No. 1:17-CV-01569-LJO-BAM**<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT ON OR BEFORE MARCH 8, 2019** |

WHEREAS, this Court entered the Scheduling Conference Order in this matter on December 6, 2018;

WHEREAS, paragraph 2 of the Scheduling Conference Order provides that the date the date for all stipulated amendments of motions to amend shall be filed by March 8, 2019;

1
STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT

WHEREAS, Plaintiffs have provided a copy of their proposed First Amended Complaint to counsel for Defendant, a copy which is attached hereto as Exhibit "A."

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of the respective parties, that Plaintiffs may file the proposed First Amended Complaint in the form attached hereto on or before March 8, 2019.

Dated: February 25, 2019        LANG, RICHERT & PATCH

*/s/ Charles Trudrung Taylor*
Charles Trudrung Taylor
Alma V. Montenegro
Attorneys for Plaintiffs

Dated: February 25, 2019        MOTSCHIEDLER MICHAELIDES et al LLP

*/s/ Russell K. Ryan*
Russell K. Ryan
Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, Plaintiffs shall file their First Amended Complaint, a copy of which is attached as Exhibit "A" the parties' stipulation, on or before March 8, 2019.

IT IS SO ORDERED.

Dated:   **February 27, 2019**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE