**Russell K. Ryan # 139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Defendant COMMUNITY
ACTION PARTNERSHIP OF MADERA COUNTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINA GURROLA, MARQUELIA APONTE, MERCEDES JIMENEZ, MARIA C. ASCENCIO, MAURA GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY ACTION PARTNERSHIP OF MADERA COUNTY, a government entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01569-LJO-BAM<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

Plaintiffs Lucina Gurrola, Marquelia Aponte, Mercedes Jimenez, Maria C. Ascencio and Maura Gomez ("**Plaintiffs**") and Defendant Community Action Partnership of Madera County ("**CAPMC**"), by and through their respective counsel of record, hereby STIPULATE AND AGREE as follows:

1. The deposition of the designated person(s) most knowledgeable of CAPMC pursuant to Federal Rules of Court Rule 30(b)(b) shall have scheduling priority over the depositions sought by Defendant, and shall commence first.

2. IT IS FURTHER STIPULATED between the parties that trial related dates be continued and scheduled as follows:

/ / /

|   |   |   |
|---|---|---|
| A. | Expert Disclosure: | October 15, 2019 |
| B. | Supplemental Expert Disclosure: | December 15, 2019 |
| C. | Non-Expert Discovery Cutoff: | October 1, 2019 |
| D. | Expert Discovery Cutoff: | November 16, 2019 |
| E. | Pretrial Motion Filing Deadline: | December 1, 2019 |

The parties propose that the remaining dates (pre-trial and trial) would remain the same.

The reason for the continuance of these dates is to accommodate counsel for CAPMC as he continues with his ongoing recovery from an accident and resulting injuries which left him wheelchair-bound for nearly four months with ongoing rehabilitation and recovery activities.

As a result of the injury and counsel's subsequent incapacity, numerous trials, hearings and mediations were rescheduled to the first half of 2019, causing the commencement in earnest of deposition discovery in this action to be delayed until the Spring of 2019 with the potential of numerous depositions (more than 40 potential witnesses have been identified in the Rule 26 Disclosure Statements) having to be scheduled and taken, including the potential of out-of-state depositions.

Dated: April 4, 2019
MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP

By: /s/Russell K. Ryan
Russell K. Ryan, Attorneys for Defendant Community Action Partnership of Madera County

| | | |
|---|---|---|
| Dated: April 4, 2019 | | LANG, RICHERT & PATCH |

By:  /s/Charles Trudrung Taylor
     Charles Trudrung Taylor, Attorneys for Plaintiffs

## ORDER

Pursuant to the parties' stipulation, good cause appearing and to accommodate the Court's calendar, the Scheduling Order in this action is HEREBY MODIFIED as follows:

| | |
|---|---|
| Expert Disclosure: | October 15, 2019 |
| Supplemental Expert Disclosure: | **October 28, 2019** |
| Non-Expert Discovery Cutoff: | October 1, 2019 |
| Expert Discovery Cutoff: | **November 15, 2019** |
| Pretrial Motion Filing Deadline: | **November 15, 2019** |

The parties are further advised that no further extensions or modifications of the deadlines will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **April 5, 2019**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE