**Russell K. Ryan # 139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Defendant COMMUNITY
ACTION PARTNERSHIP OF MADERA COUNTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINA GURROLA, MARQUELIA APONTE, MERCEDES JIMENEZ, MARIA C. ASCENCIO, MAURA GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY ACTION PARTNERSHIP OF MADERA COUNTY, a government entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01569-LJO-BAM<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

Plaintiffs Lucina Gurrola, Marquelia Aponte, Mercedes Jimenez, Maria C. Ascencio and Maura Gomez ("**Plaintiffs**") and Defendant Community Action Partnership of Madera County ("**CAPMC**"), by and through their respective counsel of record, hereby STIPULATE AND AGREE as follows:

    1.    The deposition of the designated person(s) most knowledgeable of CAPMC pursuant to Federal Rules of Court Rule 30(b)(6) shall have scheduling priority over the depositions sought by Defendant and shall commence on August 13, 2019 and continue through at least August 15, 2019, with additional days scheduled as may be requested by counsel for plaintiffs. The designated persons that will be made available for the Rule 30(b)(6) deposition(s) are: (a) Mattie Mendez (current Executive Director

and Executive Director at the time of the separation of employment of the plaintiffs and Head Start Director during the relevant time periods of the implementation of the English Essentials Policy); (b) Irene Yang (Director of Human Resources during time of the employment separation of the plaintiffs and involved in the interpretation and implementation of the English Essentials Policy during her tenure); (c) Maritza Rodriguez (Head Start Director during time of employment separation and employed at CAPMC in the Head Start program during the relevant time periods); and (d) Donna Tooley (Chief Financial Officer and part of management team at the relevant time periods of the implementation of English Essentials Policy and employment separation of the plaintiffs).

2. IT IS FURTHER STIPULATED between the parties that trial related dates be continued approximately 90 days and scheduled as follows:

    A.    Expert Disclosure:    January 15, 2020

    B.    Supplemental Expert Disclosure:    February 14, 2020

    C.    Non-Expert Discovery Cutoff:    January 10, 2020

    D.    Expert Discovery Cutoff:    March 24, 2020

    E.    Pretrial Motion Filing Deadline:    March 1, 2020

The parties propose that the pre-trial conference and trial shall likewise be continued for 90 days as follows:

    A.    Pretrial Conference:    February 12, 2010
                                               9:00 a.m.
                                               Dept: 4 (LJO)

    B.    Trial    July 7, 2020
                                               8:30 a.m.
                                             Dept: 4 (LJO)

The reason for the continuance of these dates is set forth in the Declaration of Russell K. Ryan being filed concurrently with the stipulation which includes: (a) the accommodation for counsel for CAPMC as he continues his ongoing recovery from his catastrophic injuries (and subsequent incapacity for several months) and the associated continuances of trials and related matters resulting from the incapacity and subsequent recovery; and (b) the amount and extent of written and oral discovery needed to be conducted in this action to properly prepare this case for trial.

Dated: July 10, 2019
MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP

By: /s/Russell K. Ryan
Russell K. Ryan, Attorneys for Defendant Community Action Partnership of Madera County

Dated: July 10, 2019
LANG, RICHERT & PATCH

By: /s/Charles Trudrung Taylor
Charles Trudrung Taylor, Attorneys for Plaintiffs

# ORDER

Having reviewed the stipulation of the parties and the declaration of counsel for Defendant Russell K. Ryan submitted in support thereof, the Court finds good cause to partially grant and partially deny the parties' request to modify the Scheduling Order in this action. To accommodate the Court's calendar as well as the availability of judges to decide this case, and in light of the fact that the majority of Mr. Ryan's cases which appear to have delayed his ability to conduct discovery in this case were resolved in spring of 2019, IT IS HEREBY ORDERED that the Scheduling Order in this action is modified as follows:

| | |
|---|---|
| Expert Disclosure: | November 15, 2019 |
| Supplemental Expert Disclosure: | November 29, 2019 |
| Non-Expert Discovery Cutoff: | November 1, 2019 |
| Expert Discovery Cutoff: | December 13, 2019 |
| Pretrial Motion Filing Deadline: | December 13, 2019 |
| Pretrial Conf: | March 10, 2020<br>9:00 a.m.<br>Dept 4 (LJO) |
| Jury Trial:<br>(10-12 days est.) | May 12, 2020<br>8:30 a.m.<br>Dept 4 (LJO) |

The parties are advised that no further extensions or modifications of the deadlines in this case will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **July 15, 2019**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE