**Russell K. Ryan # 139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Defendant COMMUNITY
ACTION PARTNERSHIP OF MADERA COUNTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINA GURROLA, MARQUELIA APONTE, MERCEDES JIMENEZ, MARIA C. ASCENCIO, MAURA GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY ACTION PARTNERSHIP OF MADERA COUNTY, a government entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01569-LJO-BAM<br><br>**STIPULATION AND ORDER REGARDING FILING OF OVER-LENGTH BRIEFS IN OPPOSITION AND REPLY TO PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION** |

Plaintiffs Lucina Gurrola, Marquelia Aponte, Mercedes Jimenez, Maria C. Ascencio and Maura Gomez ("**Plaintiffs**") and Defendant Community Action Partnership of Madera County ("**CAPMC**"), by and through their respective counsel of record, hereby STIPULATE AND AGREE as follows:

1. Defendant may file a brief in opposition to Plaintiffs' Motion for Summary Adjudication up to and including 40 pages in length; and

2. Plaintiffs may file a reply brief in support of their Motion for Summary Adjudication up to and including 20 pages in length.

/ / /

/ / /

| | | |
|---|---|---|
| Dated: January 15, 2020 | | MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP |

By: /s/Russell K. Ryan
Russell K. Ryan, Attorneys for Defendant Community Action Partnership of Madera County

Dated: January 15, 2020    LANG, RICHERT & PATCH

By: /s/Charles Trudrung Taylor
Charles Trudrung Taylor, Attorneys for Plaintiffs

## ORDER

GOOD CAUSE APPEARING, the above stipulation is approved.

**IT IS SO ORDERED**

**Dated: January 16, 2020**    **/s/ Lawrence J. O'Neill**
**United States District Judge**