**Russell K. Ryan # 139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Defendant COMMUNITY
ACTION PARTNERSHIP OF MADERA COUNTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINA GURROLA, MARQUELIA APONTE, MERCEDES JIMENEZ, MARIA C. ASCENCIO, MAURA GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY ACTION PARTNERSHIP OF MADERA COUNTY, a government entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01569-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION AND REPLY RE PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION** |

IT IS HEREBY STIPULATED between the parties that due to counsel for defendant being in multiple trials from December 18, 2019 through January 23, 2020 and then incapacitating illness of counsel for defendant beginning on or about January 17, 2020 and continuing through January 25, 2020, the defendant's deadline to file an opposition to Plaintiffs' Motion for Summary Adjudication in this matter be extended from January 31, 2020 to February 14, 2020, and Plaintiffs' deadline to file a reply in support of their Motion for Summary Adjudication be extended from February 12, 2020 to March 2, 2020.

/ / /

/ / /

| | |
|---|---|
| Dated: January 27, 2020 | MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP |
| | |
| | By: /s/Russell K. Ryan |
| | Russell K. Ryan, Attorneys for Defendant Community Action Partnership of Madera County |
| Dated: January 27, 2020 | LANG, RICHERT & PATCH |
| | |
| | By: /s/Charles Trudrung Taylor |
| | Charles Trudrung Taylor, Attorneys for Plaintiffs |

## ORDER

The above stipulation is approved. In addition, to accommodate this schedule and provide time for the Court to rule on the pending motions considering its overburdened calendar, the pretrial conference is re-set for May 22, 2020 at 1:30 pm.

IT IS SO ORDERED.

Dated: **January 29, 2020**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

{00009/0126C//282857.DOC}     Stipulation and Order to Extend Deadlines Re Motion for Summary Adjudication

**MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP**