1  Charles Trudrung Taylor, #127105
   Email: ctt@lrplaw.net
2  Alma V. Montenegro, #323158
   Email: avm@lrplaw.net
3  Lang, Richert & Patch
   Post Office Box 40012
4  Fresno, California 93755-0012
   (559) 228-6700 Phone
5  (559) 228-6727 Fax

6  Attorney for Plaintiffs

7  Russell Ryan, #139835
   Motschiedler Michaelides et al LLP
8  1690 W Shaw Ave Ste 200
   Fresno, CA 93711-3519
9  (559) 439-4000
   (559) 439-5654
10 rkr@mmwbr.com

11 Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCINA GURROLA, MARQUELIA APONTE, MERCEDES JIMINEZ, MARIA C. ASCENCIO, MAURA GOMEZ<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY ACTION PARTNERSHIP OF MADERA COUNTY, a government entity<br><br>Defendants. | Case No. 1:17-cv-01569-NONE-BAM<br><br>**ORDER REGARDING STIPULATION FOR A SIXTY-DAY EXTENSION OF TIME TO FILE DISMISSAL** |

On August 28, 2020, the parties filed a notice of settlement of this action. (Doc. No. 83.) On August 31, 2020, the Court ordered the parties to file appropriate papers to dismiss or conclude this action by November 30, 2020. (Doc. No. 84.) Currently before the Court is the parties' stipulation requesting a sixty-day extension of time to file dispositional documents. (Doc. No. 85.) According to the stipulation, some provisions of the settlement agreement

1

remain executory and are unlikely to be fulfilled prior to the deadline for dispositional documents. (*Id.*)

Pursuant to Local Rule 160(b), the Court may, on good cause shown, extend the time for filing dispositional documents. In light of the stipulation, the Court finds good cause for the requested continuance.

Accordingly, IT IS HEREBY ORDERED that the deadline to file appropriate papers to dismiss or conclude this action in its entirety is extended from November 30, 2020, to **January 29, 2021.** The parties are advised that any future extensions will require a demonstrated showing of good cause, which will be narrowly construed. Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **November 3, 2020**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE