1  **Russell K. Ryan # 139835**
2  **MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP**
3  **1690 West Shaw Avenue, Suite 200**
   **Fresno, California  93711**
4  **Telephone (559) 439-4000**
   **Facsimile (559) 439-5654**

5  Attorneys for Defendant COMMUNITY
   ACTION PARTNERSHIP OF MADERA COUNTY

6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| LUCINA GURROLA, MARQUELIA APONTE, MERCEDES JIMENEZ, MARIA C. ASCENCIO, MAURA GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY ACTION PARTNERSHIP OF MADERA COUNTY, a government entity, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  1:17-cv-01569-LJO-BAM<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE OPPOSITION AND REPLY RE PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT** |

WHEREAS, the parties to this action have reached an agreement to resolve all outstanding issues but will need additional time to formally document the terms of the settlement and cause it to be executed by the parties.  Inasmuch as the settlement terms include reinstatement to take place in May-June 2021, it is also requested the deadline for dismissal be continued to June 30, 2021 to ensure compliance with all terms of the settlement.

Consequently, IT IS HEREBY STIPULATED between the parties that the hearing on Plaintiffs' Motion to Enforce Settlement be continued from February 5, 2021 to February 19, 2021.  Defendant's deadline to file an opposition to Plaintiffs' Motion to Enforce Settlement in this matter shall be extended from January 22, 2021 to February

5, 2021, and Plaintiffs' deadline to file a reply in support of their Motion to Enforce Settlement shall be February 12, 2021.

      IT IS FURTHER STIPULATED between the parties that the deadline to file a dismissal in this matter be extended from March 31, 2021 to June 30, 2021.

Dated:  January 21, 2021      MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP

By:  /s/Russell K. Ryan
      Russell K. Ryan, Attorneys for
      Defendant Community Action
      Partnership of Madera County

Dated:  January 21, 2021      LANG, RICHERT & PATCH

By:   /s/Charles Trudrung Taylor
      Charles Trudrung Taylor,
      Attorneys for Plaintiffs

# ORDER

   Having considered the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The hearing on Plaintiffs' Motion to Enforce Written Settlement Agreement, for Lost Income and Benefits, and Request for Attorney Fees (Doc. Nos. 87, 88) is CONTINUED from February 5, 2021 to **February 19, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall appear at the hearing remotely with each party connecting either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the

Courtroom Deputy prior to the conference.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required;

2. Defendant's deadline to file any opposition to Plaintiffs' Motion to Enforce Written Settlement Agreement is extended to February 5, 2021;

3. Plaintiffs' deadline to file a reply in support of their Motion to Enforce Written Settlement Agreement is extended to February 12, 2021; and

4. The deadline for the parties to file appropriate papers to dismiss or conclude this action is extended to June 30, 2021.

IT IS SO ORDERED.

Dated:   **January 21, 2021**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE